**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 189 MAL 2020

Respondent             :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

v.                             :

                                      :

JEFFREY RAPACH,                :

                                      :

Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.